UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LANCE RAIKOGLO,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:23-CV-6127-DGE<br><br>AMENDED REPORT AND RECOMMENDATION<br><br>Noting Date: March 29, 2024 |

The District Court has referred Plaintiff Lance Raikoglo's pending Application to Proceed *In Forma Pauperis* ("IFP") and proposed complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 11-22.[1]

---

[1] The Court issued a Report and Recommendation on February 20, 2024 (R&R) that included a scrivener's error. *See* Dkt. 4 (the Court inadvertently identified Plaintiff as TyQuez Hodge not Lance Raikoglo). The only difference between the R&R and this Amended Report and Recommendation is Plaintiff's name on page 1 at line 15 and this footnote.

The Court notes the R&R was returned to the Court as undeliverable. *See* Dkt. 5. The record reflects that Plaintiff has not received the R&R and, thus, did not have an opportunity to file objections. Plaintiff has also not provided an updated address in violation of Local Civil Rule 41(b)(2). As Plaintiff has not received the R&R and the Court does not have a valid address for service of this Amended Report and Recommendation, this matter should not be dismissed until after April 29, 2024. *See* LCR 41(b)(2).

AMENDED REPORT AND RECOMMENDATION - 1

On December 8, 2023, Plaintiff filed an application to proceed IFP and a proposed complaint. *See* Dkt. 1. On December 19, 2023, the Court screened Plaintiff's proposed complaint and found it was deficient because Plaintiff failed to state a claim for which relief may be granted. *See* Dkt. 3. The Court directed Plaintiff to file an amended pleading by January 19, 2024, to cure the identified deficiencies. *Id*.

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted in the proposed complaint. *See* Dkts. 1-1, 3. Therefore, the Court recommends the Application to Proceed IFP (Dkt. 1) be denied and this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 29, 2024, as noted in the caption.

Dated this 11th day of March, 2024.

David W. Christel
Chief United States Magistrate Judge

AMENDED REPORT AND RECOMMENDATION - 2