UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LANCE RAIKOGLO,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES GOVERNMENT JOINT-OPERATIONS et al.,<br><br>                Defendant. | CASE NO. 3:23-cv-06127-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) |

On March 11, 2024, Magistrate Judge David Christel prepared an amended Report and Recommendation (Dkt. No. 6) regarding Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1). Previously, Judge Christel found Plaintiff's proposed complaint deficient and ordered Plaintiff to file a proposed amended complaint addressing the deficiencies identified. (Dkt. No. 3.) Plaintiff never filed a proposed amended complaint.

Having reviewed the record de novo, and there being no objections filed to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation (Dkt. No. 6) in full.

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) - 1

1  The Court **DENIES** Plaintiff's application to proceed *in forma pauperis* and **DISMISSES** this
2  matter without prejudice for failure of the Plaintiff to prosecute.
3        Dated this 24th day of May 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 6) - 2